

# NUMBER 13-18-00167-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MIGUEL ANGEL HERNANDEZ,**                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                           **Appellee.**

---

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

---

## ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Longoria and Hinojosa
### Order Per Curiam

This cause is currently before the Court on appellant's second unopposed motion for extension of time to file the brief. The reporter's record was filed on August 1, 2018, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time

totaling 90 days to file the brief, and appellant now seeks an additional 90 days, until February 28, 2019, to file the brief.

The Court GRANTS appellant's second unopposed motion for extension to file the brief and ORDERS the Honorable O. Rene Flores to file the brief on or before February 28, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of December, 2018.